**Kelvin J. MILES, a/k/a Kelvin Jerome Miles, Plaintiff–Appellant,**

v.

**Commander J. GLEN; Edward Read, Health Care Doctor; Lieutenant Tamda Middleton; Nurse Michelle Green; Supervisor, Federal Bureau of Prisons, Defendants–Appellees.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 9, 2014.

Decided: Dec. 19, 2014.

Kelvin J. Miles, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before MOTZ, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin J. Miles appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. *Miles v. Glen*, No. 2:13–cv–01408–RBH (D.S.C. July 15, 2014). We deny the motions for default judgment and to refund fees paid to the district court and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*